FILED

MAY 1 8 2004

MAY 1 8 2004

# COMMONWEALTH OF KENTUCKY
# KENTON CIRCUIT COURT
# _____ DIVISION
# CASE NO. 04-CI-01311

KATHLEEN B. BOLTE
252 North Ashbrook
Lakeside Park, Kentucky 41017

and

SHANNON K. BOLTE
252 North Ashbrook
Lakeside Park, Kentucky 41017

and

ALLISON E. BOLTE
252 North Ashbrook
Lakeside Park, Kentucky 41017                                    **PLAINTIFFS**

v.

MILLER PIPELINE CORPORATION
SERVE: THE PRENTICE HALL CORPORATION
      SYSTEMS, INC.
      421 West Main Street
      Frankfort, Kentucky 40601                         **DEFENDANT**

## COMPLAINT

Comes now the Plaintiffs, through counsel, and for their cause of action, states as follows.

### PARTIES

1. Kathleen B. Bolte, and her adult daughters, Shannon K. Bolte and Allison E. Bolte, at all times relevant hereto, were resident of 252 North Ashbrook, Lakeside Park, Kenton County, Kentucky.

2. At all times relevant hereto Miller Pipeline Corporation, a Kentucky Corporation, undertook the replacement of existing gas pipes in the North Ashbrook subdivision, which included


EXHIBIT A

the gas pipes of the Plaintiff, Kathleen B. Bolte herein, in the summer of 2002 on behalf of Cinergy Corporation.

## COUNT I

3. Plaintiffs reiterate, as though fully restated, all averments contained in the above recited section as delineated as "Parties".

4. Plaintiffs assert that Miller Pipeline Corporation in June, 2002, while performing the above-referenced gas pipe replacement, cut through the storm-water run-off lines from the gutter and water drainage system in place for the Plaintiff, Kathleen Bolte's home. Said act constituted negligence in the performance of their duties and the Plaintiffs herein were foreseeable third party beneficiaries of the contract entered into between Cinergy and Miller Pipeline for the performance of said gas pipeline replacement work

5. Plaintiffs assert that the Defendant Miller Pipeline Corporation negligently performed its work in causing the severance of said water run-off lines and that said negligence caused an accumulation of water at the foundation of the Plaintiffs' home thereafter causing water saturation and high moisture levels to be experienced within the living space of said Plaintiffs home.

6. Plaintiff Kathleen Bolte asserts that as a direct and proximate result of the negligent contractual performance by the Defendant herein that her property sustained damage in the form of structural damage and moisture damage to the interior of said structure to her detriment.

## COUNT II

7. Plaintiffs reiterate, as though fully restated, all averments contained in Count I and the Parties section of this Complaint.

2

8. Plaintiffs assert as a direct and proximate result of the negligent conduct of the Defendant described above, the lower level family room sustained high levels of moisture which in turn caused fungal growth including the development of toxigenic fungi which subsequently caused adverse health consequences to the parties hereto all as a direct and proximate result of the negligence of the Defendant described herein.

9. As a direct and proximate result of the negligence of the Defendant, the Plaintiffs experienced adverse health consequences which necessitated the receipt of medical treatment and thus the incurring of medical expenses both past, present and future; that the Plaintiffs have had their personal lives, and in the case of Shannon and Allison, had their school work interrupted, and have all sustained permanent injury as a direct and proximate result of the negligence of the Defendant described herein.

WHEREFORE, Plaintiffs pray individually for judgment against the Defendant herein in a compensatory damage amount which exceeds the minimum jurisdictional limit of the Kenton Circuit Court and thus as the proof shall demonstrate as to each, costs, interest, and any and all proper relief to which they may be entitled.

Robert N. Trainor, #71335
The Carroll House
216 East Fourth Street
Covington, Kentucky 41011-1759
Telephone: 859-581-2822
Telecopier: 859-581-1047
E-mail Address: rntrainor@fuse.net
Trial Attorney for Plaintiffs



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

CXT / ALL
Transmittal Number: 3538694
Date Processed: 05/21/2004

**Primary Contact:** Douglas Banning Jr.
Miller Pipeline Corporation
8850 Crawfordsville Road
P.O. Box 34141
Indianapolis, IN 46234

| | |
|---|---|
| **Entity:** | Miller Pipeline Corporation<br>Entity I.D. Number 0657357 |
| **Entity Served:** | Miller Pipeline Corporation |
| **Title of Action:** | Kathleen B. Bolte vs. Miller Pipeline Corporation |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court:** | Kenton Circuit Court, Kentucky |
| **Case Number:** | 04-CI-01311 |
| **Jurisdiction Served:** | Kentucky |
| **Date Served:** | 05/20/2004 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Plaintiff's Attorney/Sender:** | Robert N. Tramor<br>859-581-2822 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC.**

2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882 | sop@cscinfo.com

EXHIBIT B

| AOC-105 | Doc. Code: CI | | Case No. | 04-CI-1311 |
|---|---|---|---|---|
| Rev. 12-01 | | | | |
| Page 1 of 1 | | | Court | [X] Circuit [ ] District |
| Commonwealth of Kentucky | | | | |
| Court of Justice  www.kycourts.net | | | County | KENTON DIV- |
| CR 4.02; CR Official Form 1 | | CIVIL SUMMONS | | DIV 2 |

KATHLEEN B. BOLTE
SHANNON K. BOLTE
ALLISON E. BOLTE
252 North Ashbrook
Lakeside Park, KY  41017

**PLAINTIFF**

VS.

MILLER PIPELINE CORPORATION
SERVE:  THE PRENTICE HALL CORPORATION
         SYSTEMS, INC.
         421 West Main St.,
         Frankfort, KY     40601

**DEFENDANT**

**Service of Process Agent for Defendant:**

Serve The Prentice Hall  Corporation Systems, Inc.

421 West Main Street

Frankfort, KY  40601

**THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** and filed in the Clerk's Office within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date:  5/18 , 2004

MARY ANN WOLTENBERG _____ Clerk

By: _[signature]_ _____ D.C.

**Proof of Service**
This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this _____ day of _____, 2____.

Served by: _____

_____ Title



### Trey Grayson
*"Making Kentucky Business-Friendly and Government User-Friendly."*

Online Business Database Home   Secretary of State Home

New Search | Show Activities Below | Show List of Microfilm Below

☐ Printable Version of this page

| | |
|---|---|
| **Organization Number** | 0406098 |
| **Name** | MILLER PIPELINE CORPORATION |
| **Profit or Non-Profit** | P - Profit |
| **Company Type** | FCO - Foreign Corporation |
| **Status** | A - Active |
| **Standing** | G - Good |
| **State** | IN |
| **File Date** | 9/29/1995 |
| **Authority Date** | 9/29/1995 |
| **Last Annual Report** | 6/4/2004 |
| **Principal Office** | 8850 CRAWFORDSVILLE RD. INDIANAPOLIS, IN 46234 |
| **Registered Agent** | THE PRENTICE-HALL CORPORATION SYSTEM, INC. 421 WEST MAIN STREET FRANKFORT, KY 40601 |

| **Current Officers** | |
|---|---|
| **CEO** | Douglas S Banning, Jr. |
| **Chairman** | Dale R Miller |
| **President** | David D Watters |
| **Vice President** | Mark R Wallbom |
| **Vice President** | Kevin G Miller |
| **Director** | Dale R Miller |
| **Director** | Douglas S Banning |

**This organization has no assumed names**


EXHIBIT C

http://www.sos.state.ky.us/obdb/(grpqwk45ho1w2zepslfagp45)/showentity.aspx?id=040609...   6/9/2004

COMMONWEALTH OF KENTUCKY
KENTON CIRCUIT COURT
1ST DIVISION
CASE NO. 04-CI-01311

KATHLEEN B. BOLTE, et al.,         PLAINTIFFS

v.   **NOTICE THAT ACTION HAS BEEN REMOVED TO FEDERAL COURT**

MILLER PIPELINE CORPORATION         DEFENDANT

\* \* \*

TO THE HONORABLE JUDGES OF THIS COURT:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendant Miller Pipeline Corporation hereby notify this Court that they have this day removed this action to the United States District Court for the Eastern District of Kentucky, Covington Division. A copy of the Notice of Removal filed in the United States District Court is attached hereto.

This Court is respectfully requested to proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court.

Respectfully submitted this 9th day of June 2004.

Reminger & Reminger Co., L.P.A.

_____
Vincent P. Antaki (Ky. Bar No. 88675)
7 West 7th Street
Suite 1990
Cincinnati, OH 45202
(513) 721-1311 (telephone)
(513) 721-2553 (facsimile)
E-mail: vantaki@reminger.com
Attorney for Defendant
Miller Pipeline Corporation



COMMONWEALTH OF KENTUCKY
KENTON CIRCUIT COURT
1ST DIVISION
CASE NO. 04-CI-01311

KATHLEEN B. BOLTE, et al.,             PLAINTIFFS

v.

MILLER PIPELINE CORPORATION          DEFENDANT

\* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **NOTICE THAT ACTION HAS BEEN REMOVED TO FEDERAL COURT** was served upon counsel for Plaintiff via first-class mail, postage prepaid, and addressed as follows:

                         Hon. Robert N. Trainor
                         The Carroll House
                         216 East Fourth Street
                         Covington, KY 41011-1759

This 9th day of June 2004.

                                                         /s/ Vincent P. Antaki
                                                         Vincent P. Antaki
                                                         Counsel for Defendant